**DISMISS; and Opinion Filed July 31, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00119-CV

### IN THE INTEREST OF J.P.H., A.P.H., AND C.W.H., CHILDREN

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-15-1649**

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Fillmore

Appellant's brief in this case is overdue. By postcard dated June 18, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to comply would result in dismissal of the appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

180119F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.P.H., A.P.H., AND C.W.H., CHILDREN

No. 05-18-00119-CV

On Appeal from the 59th Judicial District Court, Grayson County, Texas
Trial Court Cause No. FA-15-1649.
Opinion delivered by Justice Fillmore, Justices Francis and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 31st day of July, 2018.